UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL SANCHEZ,<br><br>        Petitioner,<br><br>   v.<br><br>M.D. BITER, Warden,<br><br>        Respondent. | NO. 15-01191- JVS (KS)<br><br>ORDER ACCEPTING INTERIM FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Respondent's Motion for Review of Magistrate Judge's Order re: Evidentiary Hearing and a supporting Memorandum of Points and Authorities ("Motion"), all of the records herein, the August 15, 2016 First Interim Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections including lodged documents. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Respondent's Motion for Review of Order re: Evidentiary Hearing is GRANTED; and (2) the Order of January 21, 2016 is VACATED.

DATED: October 21, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE