**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ISRAEL SANCHEZ,**                    )   **NO. CV 15-01191- JVS (KS)**
        **Petitioner,**          )
                        )
       **v.**                        )   **JUDGMENT**
                        )
**M.D. BITER, Warden,**                )
                        )
        **Respondent.**          )
_____ )

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   January 04, 2017          _____
                                        JAMES V. SELNA
                           UNITED STATES DISTRICT JUDGE